UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Tracy Press, Inc. | **Case No :** | 10-37525 - C - 11 |
| | | **Date :** | 8/4/10 |
| | | **Time :** | 10:00 |

**Matter :** Status Conference - [1] - Chapter 11 Voluntary Petition. Missing Document(s): Statement of Financial Affairs; Attorney Disclosure Statement; Summary of schedules; Schedule A - Real Property; Schedule B - Personal Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; 20 Largest Unsecured Creditors; List of Equity Security Holders; Statement Regarding Ownership of Corporate Debtor; Document(s) due by 7/16/2010. (kvas)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
    Debtor(s) Attorney - David C. Johnston

HEARING CONTINUED TO: 10/20/10 at 10:00 AM